UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN WRIGHT,

              Plaintiff,                                Case No.  1:08-CV-553

v.                                        Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on January 7, 2009.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 7, 2009, is approved and adopted as the opinion of the court.  The Commissioner's decision is **affirmed**.

This case is **concluded**.


Dated:  February 20, 2009                                    /s/ Gordon J. Quist       
                                               GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE